IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2014 AUG 18 PM 1: 3?

USA

    Plaintiff(s)

vs                                       Case No. 3:01-CR-006-001

Rajeev Surya Murthy

    Defendant(s)

---

### NOTICE OF TRANSMITTAL

---

Pursuant to an order of this Court, dated 8/14/2014 and signed by the **Honorable Walter H. Rice**, United States, the above entitled action is transferred to the USDC of Nebraska.

The papers enclosed herewith constitute the entire file in this case. Certified copies of the order of transfer and of the docket sheet are included.

The enclosed copy of this letter is for your convenience in acknowledging receipt of the filed papers.

                                                           JOHN HEHMAN, CLERK

                                                           By: _s/Phil Butler_
                                                                     Deputy Clerk

Receipt is acknowledged of the documents described herein.

Assigned case number: __0867 4:14-cr-3097 (JMG/CRZ__
Date: _8/18/14_
Clerk, U.S. District Court
_Denise M. Lucks_

By: _B. Heiliman_
         Deputy Clerk

**Transfer Documents**
3:01-cr-00006-WHR USA v. Murthy, et al **CASE CLOSED on 07/24/2001**

CLOSED,MOTREF

## U.S. District Court

### Southern District of Ohio

**Notice of Electronic Filing**

The following transaction was entered on 8/14/2014 at 1:06 PM EDT and filed on 8/14/2014
**Case Name:**       USA v. Murthy, et al
**Case Number:**     3:01-cr-00006-WHR
**Filer:**
**Document Number:** 62

**Docket Text:**
**Probation Jurisdiction Transferred to USDC of Nebraska at Lincoln as to Rajeev Surya Murthy Transmitted Transfer of Jurisdiction form, with certified copies of Transfer and docket sheet. (Attachments: # (1) Transmittal Form, # (2) Transmittal Form Label, # (3) Docket Sheet) (pb1)**


**3:01-cr-00006-WHR-1 Notice has been electronically mailed to:**

Vincent Paul Popp (Terminated)     vincepopplaw@gmail.com

Margaret Mary Quinn     quinn.margaretm@gmail.com

**3:01-cr-00006-WHR-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=8/14/2014] [FileNumber=4533346-0
] [5028a83f9e13bf0838b7cf3a13765906bfd1119fbb74ee2bf3af8567722da29c640
2b86d90abcdeb1a22cadc0c150825e15db58df4a212dba9e565ef9a57b2b6]]
**Document description:** Transmittal Form
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=8/14/2014] [FileNumber=4533346-1

] [5690c706a95116ec8768151af77cd18cde7cd42ea93bc95bb7b60386e5f2e9cbd99936f84f486eb042de859c001c59f6979fc290e2e7d603395f17782ed114ca]]

**Document description:** Transmittal Form Label
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=8/14/2014] [FileNumber=4533346-2
] [44d3df5d5ecf91f37820da49b52ffd9dba134afb18aee16cabbd1651a731f7b522ee2c8374b4c0d6c967a1d57780a2eb5df37a1b58933d92d533c9da07613593]]

**Document description:** Docket Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=8/14/2014] [FileNumber=4533346-3
] [a24aec90f2590a42e456880e325bc98d7c05fea846ece16097d33f462b2513099169a917e22f7daa9ee62afc6ab02970b9f9856b8af7073fb488f138b764e77a]]

PROB 22
(Rev 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
0648 3:01CR00006

DOCKET NUMBER (Rec. Court)
0867 4:14CR3097 (JMG/CRZ)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rajeev Surya Murthy | Ohio Southern | Dayton |
| | NAME OF SENTENCING JUDGE | |
| | Walter H. Rice | |
| | DATES OF SUPERVISED RELEASE | FROM 9-3-2010 | TO 9-2-2015 |

OFFENSE

Count 1: Armed Bank Robbery [18 U.S.C. § 2113(a) & (d)] a Class B felony
Count 2: Armed Bank Robbery [18 U.S.C. § 2113(a) & (d)] a Class B felony
Count 3: Armed Bank Robbery [18 U.S.C. § 2113(a) & (d)] a Class B felony
Count 4: Use of a Firearm During the Commission of a Crime of Violence [18 U.S.C. § 924(c)(1)(A)(ii)]

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Southern__ DISTRICT OF __Ohio__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Nebraska__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8-6-14
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __DISTRICT__ OF __NEBRASKA__

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 12, 2014
Effective Date

_[signature]_
United States District Judge

CLOSED,MOTREF

# U.S. District Court
## Southern District of Ohio (Dayton)
## CRIMINAL DOCKET FOR CASE #: 3:01-cr-00006-WHR-1
## Internal Use Only

Case title: USA v. Murthy, et al
Other court case number: 3:02-cv-00315 USDC Dayton
Magistrate judge case numbers: 3:00-mj-00195
                                             3:00-mj-00195 Dayton

Date Filed: 01/24/2001
Date Terminated: 07/24/2001

Assigned to: Judge Walter H Rice

### Defendant (1)

**Rajeev Surya Murthy**
*DETAINED*
*TERMINATED: 07/24/2001*




represented by **Rajeev Surya Murthy**
43271-061
FCI Ashland
PO Box 6001
Ashland, KY 41105
PRO SE

**Vincent Paul Popp**
Vincent Popp Attorney at Law
435 Shadowlawn Avenue
Dayton, OH 45419
937-716-1192
Email: vincepopplaw@gmail.com
*TERMINATED: 10/14/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

18 USC 2113 ARMED BANK ROBBERY
(Count 1-3: $250,000 - 25 Yrs - S/R 5 Yrs
- S/A $100 ON EACH COUNT)
(1-3)

### Disposition

Sentenced on Count 1 to 52 months; S/A
$100; Restitution $5,226.00; S/R 5 Yrs;
Sentenced on Count 2 to 52 months to run
concurrent with Counts 1 & 3; S/A $100;
Restitution $7,004.00; S/R 5 Yrs;
Sentenced on Count 3 to 50 months to run
concurrent to Counts 1 & 2; Restitution
$8,553.00; S/R 5 Yrs; Sentenced on Count
4 to 84 months; S/A $100; Restitution

|  |  |
|---|---|
|  | consecutivly to Counts 1,2 & 3; S/R 5 Yrs; Restitution and S/A to be paid on immediate basis; 100 Hrs of Community Serivce over first 2 Yrs of S/R; Standard Release; Dft to seek and maintain employment; Dft rights of appeal explained and understood; |
| 18 USC 924 USE OF A FIREARM IN A CRIME VIOLENCE (Count 4: $250,000 - 7 Yrs Minimum mandatory which must be served consecutively to any sentence imposed - S/R 3 Yrs - S/A $100) (4) | Sentenced on Count 1 to 52 months; S/A $100; Restitution $5,226.00; S/R 5 Yrs; Sentenced on Count 2 to 52 months to run concurrent with Counts 1 & 3; S/A $100; Restitution $7,004.00; S/R 5 Yrs; Sentenced on Count 3 to 50 months to run concurrent to Counts 1 & 2; Restitution $8,553.00; S/R 5 Yrs; Sentenced on Count 4 to 84 months; S/A $100; Restitution consecutivly to Counts 1,2 & 3; S/R 5 Yrs; Restitution and S/A to be paid on immediate basis; 100 Hrs of Community Serivce over first 2 Yrs of S/R; Standard Release; Dft to seek and maintain employment; Dft rights of appeal explained and understood; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| USA | represented by | **Margaret Mary Quinn**<br>600 Woods Road<br>Dayton, OH 45419<br>937-750-9373<br>Email: quinn.margaretm@gmail.com |
|---|---|---|

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2000 | 1 | COMPLAINT w/Affidavit of Steven M. Darragh, SA/FBI Judge Walter H. Rice for Mag. Judge Michael R. Merz [ 3:00-m -195 ] (kse) (Entered: 08/08/2000) |
| 07/27/2000 |  | APPEARANCE of Attorney for USA by Margaret Mary Quinn [ 3:00-m -195 ] (kse) (Entered: 08/08/2000) |
| 07/27/2000 |  | ARREST Warrant issued for Rajeev Surya Murthy by Judge Walter H. Rice for Mag. Judge Michael R. Merz (to be lodged as detainer Greene Cty. Jail) [ 3:00-m -195 ] (kse) (Entered: 08/08/2000) |
| 01/24/2001 | 2 | INFORMATION by USA Margaret Mary Quinn. Rajeev Surya Murthy (1) count(s) 1-3, 4 (sc) (Entered: 03/15/2001) |
| 01/24/2001 | 3 | MOTION for order for writ of habeas corpus ad prosequendum as to Rajeev Surya Murthy by USA as to Rajeev Surya Murthy (sc) (Entered: 03/15/2001) |
| 01/24/2001 |  | WRIT AD TESTIFICANDUM/PROSEQUENDUM issued by Judge Walter H. Rice as to Rajeev Surya Murthy (sc) (Entered: 03/15/2001) |
| 01/25/2001 | 🔒 | (Court only) MAGISTRATE CASE TERMINATED [ 3:00-m -195 ] (kse) (Entered: 01/25/2001) |
| 01/26/2001 | 4 | NOTICE OF PLEA in-court hearing set 2/23/01 at 2:30 as to Rajeev Surya Murthy (sc) (Entered: 03/15/2001) |
| 02/21/2001 | 5 | ARREST Warrant returned executed as to Rajeev Surya Murthy 2/21/01 (sc) (Entered: 03/15/2001) |
| 02/21/2001 |  | DEFENDANT Rajeev Surya Murthy arrested 2/21/01 (sc) (Entered: 03/15/2001) |
| 03/08/2001 | 6 | NOTICE OF PROCEEDING change of plea set for 3/14/01 at 1:30 as to Rajeev Surya Murthy (cc: all counsel, US Attorney, US Probation, US Marshal, Pre-trial Services) (sc) (Entered: 03/15/2001) |
| 03/14/2001 | 7 | MINUTES: Held 3/14/01 before Judge Walter H. Rice dft appeared with counsel; dft Rajeev Surya Murthy arraigned; Dft's right to Grand Jury consideration and Indictment explained and dft stated he understood this right; Waived right to indictment; GUILTY TO COUNTS 1-4 plea entered; Attorney Roach present; as to Rajeev Surya Murthy , first appearance of Rajeev Surya Murthy Attorney present; Plea agreement accepted by Court and made part of the record as to Rajeev Surya Murthy , Rajeev Surya Murthy enters guilty plea to Counts 1-4; Dft referred to Probation Dept for PSI ; Dft detained pending sentencing as to Rajeev Surya Murthy Ct Rpt Denise Errett (sc) (Entered: 03/15/2001) |
| 03/14/2001 | 8 | PLEA Agreement as to Rajeev Surya Murthy (sc) (Entered: 03/15/2001) |

| | | | |
|---|---|---|---|
| 03/14/2001 | | 9 | WAIVER of Indictment by defendant Rajeev Surya Murthy (sc) (Entered: 03/15/2001) |
| 06/22/2001 | | 10 | NOTICE OF PROCEEDING sentencing hearing set for 7/20/01 at 3:00 as to Rajeev Surya Murthy (cc: all counsel, US Attorney, US Probation, US Marshal, Pre-trial Services) (sc) (Entered: 06/22/2001) |
| 07/24/2001 | | 11 | MINUTES: Held 7/20/01 before Judge Walter H. Rice Dft appeared with counsel; sentencing Rajeev Surya Murthy (1) count(s) 1-3, 4 . Sentenced on Count 1 to 52 months; S/A $100; Restitution $5,226.00; S/R 5 Yrs; Sentenced on Count 2 to 52 months to run concurrent with Counts 1 & 3; S/A $100; Restitution $7,004.00; S/R 5 Yrs; Sentenced on Count 3 to 52 months to run concurrent to Counts 1 & 2; Restitution $8,553.00; S/R 5 Yrs; Sentenced Count 4 to 84 months; S/A $100; Restitution consecutively to Counts 1,2 & 3; S/R 5 Yrs Restitution and S/A to be paid on an immediate basis; 100 Hrs of Community Service over first 2 Yrs of S/R; Standard Release; Dft to seek and maintain employment; Dft rights of appeal explained and understood; as to Rajeev Surya Murthy , case terminated as to Rajeev Surya Murthy Ct Rpt Debra Futrell (sc) Modified on 07/26/2001 (Entered: 07/25/2001) |
| 07/24/2001 | | 12 | JUDGMENT and Commitment for Rajeev Surya Murthy by Judge Walter H. Rice issued to counsel, US Attorney, US Probation, US Marshal, Pre-trial Services (sc) (Entered: 07/25/2001) |
| 07/26/2001 | | 13 | NOTICE of filing by USM Return executed 2/21/01 and 3/14/01 Rajeev Murthy delivered to Mont Cty Jail (sc) (Entered: 07/27/2001) |
| 10/29/2001 | | 14 | AMENDMENT TO SENTENCING ENTRY OF JULY 24, 2001 by Judge Walter H. Rice this Court's Entry of Judgment of 7/24/01 [11-1] is amended to reflect this Court's recommendation to the BOP that the Dft Rajeev S Murthy's restitution obligation begin, not while he is incarcerated but when he is released from prison and placed on S/R (cc: all counsel + BOP c/o Anna Mason) (sc) Modified on 10/29/2001 (Entered: 10/29/2001) |
| 12/13/2001 | | 15 | JUDGMENT and Commitment returned executed 12/7/01 Rajeev Surya Murthy (1) count(s) 1-3, 4 dft delivered to: FCI MCKean Bradford PA (sc) (Entered: 12/13/2001) |
| 07/11/2002 | | 16 | MOTION to set aside sentence (Civil Case # C-3-02-315 assigned; Referred to MRM by Rajeev Surya Murthy (sc) (Entered: 07/12/2002) |
| 07/11/2002 | 🔒 | | (Court only) Docket Modification (Utility Event) referred to Mag. Judge Michael Merz motion to set aside sentence (Civil Case # C-3-02-315 assigned; Referred to MRM [16-1] (sc) (Entered: 07/12/2002) |
| 07/11/2002 | | | Judge update in case as to Rajeev Surya Murthy. Judge Michael R Merz added. (re1, ) (Entered: 12/02/2003) |
| 07/17/2002 | | 17 | ORDER FOR TRANSCRIPT by Mag. Judge Michael Merz ordering that the Court Reporter Debra Futrell shall transcribe hearing held on 7/24/01 at ordinary copy rate for use of this Court as to Rajeev Surya Murthy (cc: all counsel) (rp) |

| | | | |
|---|---|---|---|
| . | | | (Entered: 07/18/2002) |
| 07/19/2002 | | 18 | ORDER FOR TRANSCRIPT by Mag. Judge Michael Merz for order that the Court Reporter Debra Futrell shall transcribe the hearing held on 7/24/01 for use in the Defendant's Pro Se Motion to set aside sentence and same to be assessed as Court cost as to Rajeev Surya Murthy (cc: all counsel) (rp) (Entered: 07/22/2002) |
| 07/24/2002 | | 19 | TRANSCRIPT of Proceedings re sentencing held 7/20/01 before Chief Judge Walter Herbert Rice (no pgs 12) Ct Rptr Debra Futrell (rp) Modified on 07/26/2002 (Entered: 07/25/2002) |
| 07/30/2002 | | 20 | ORDER FOR ANSWER by Mag. Judge Michael Merz; Answer ddl 8/19/02 (cc: all counsel) (rp) (Entered: 07/31/2002) |
| 08/20/2002 | | 21 | ANSWER/MEMORANDUM by plaintiff USA in opposition to Motion to Vacate, Set Aside, or Correct Sentence [16-1] ( no pgs: 19) (rp) (Entered: 08/20/2002) |
| 08/21/2002 | | 22 | ORDER by Mag. Judge Michael Merz for appointment of counsel as to Rajeev Surya Murthy , for leave of the Defendant to file a traverse to the Answer no later than 10/1/02 as to Rajeev Surya Murthy (cc: all counsel) (rp) (Entered: 08/21/2002) |
| 09/03/2002 | | | Mail Returned, [22-3] addressed to Rajeev Surya Murthy for defendant Rajeev Surya Murthy (Addr updated to new addr sent 9/3/02; mail resent 9/4/02) (sc) (Entered: 09/04/2002) |
| 09/26/2002 | | 23 | MOTION to extend time to file Traverse , and to extend time to possibly file an amended motion pursuant to 28 USC 2255 by Rajeev Surya Murthy (rp) (Entered: 09/26/2002) |
| 09/26/2002 | | | NOTATION ORDER by Mag. Judge Michael Merz granting motion to extend time to file Traverse [23-1], granting motion to extend time to possibly file an amended motion pursuant to 28 USC 2255 [23-2] (cc: all counsel) (rp) (Entered: 09/26/2002) |
| 10/04/2002 | | 24 | ORDER SETTING DATE OF FILING TRAVERSE by Mag. Judge Michael Merz; traverse ddl set for 12/1/02 as to Rajeev Surya Murthy (cc: all counsel) (rp) (Entered: 10/04/2002) |
| 11/27/2002 | | 25 | MOTION by defendant Rajeev Surya Murthy to extend time to file traverse and extension of time for possible amended motion pursuant to 28 USC 2255, extension requested until 2/1/03 ( no pgs: 2) (rp) (Entered: 11/29/2002) |
| 12/02/2002 | | | NOTATION ORDER by Mag. Judge Michael Merz granting motion to extend time to file traverse and extension of time for possible amended motion pursuant to 28 USC 2255, extension requested until 2/1/03 [25-1] (cc: all counsel) (sc) (Entered: 12/02/2002) |
| 01/17/2003 | | 26 | Traverse by defendant Rajeev Surya Murthy to the Answer of the Government re: motion to set aside sentence (Civil Case # C-3-02-315 assigned; Referred to |

| | | |
|---|---|---|
| . | | MRM [16-1] ( no pgs: 7 w/attachment) (rp) (Entered: 01/21/2003) |
| 01/17/2003 | 27 | MOTION to amend pro se motion to vacate, set aside, or correct a sentence by Rajeev Surya Murthy (rp) (Entered: 01/21/2003) |
| 01/23/2003 | 28 | ORDER by Mag Judge Merz granting motion to amend pro se motion to vacate, set aside, or correct a sentence [27-1] ; USA is granted to 1/31/03 to respond to the additional arguments made in the traverse (cc: all counsel) (re) Modified on 01/28/2003 (Entered: 01/24/2003) |
| 02/13/2003 | 29 | AMENDED MOTION to vacate , to set aside sentence , or for order to correct sentence by Rajeev Surya Murthy (rp) (Entered: 02/14/2003) |
| 02/14/2003 | 30 | ORDER FINDING ORIGINAL 2255 MOTION MOOT AND SETTING ANSWER DATE ON AMENDED MOTION by Mag. Judge Michael Merz; finding the motion to vacate, to set aside sentence, for order to correct sentence 29 moot; USA's answer to amended motion due 3/5/03. (cc: all counsel) (sc) (Entered: 02/20/2003) |
| 02/14/2003 | 🔒 | (Court only) Docket Modification (Utility Event); Correcting Entry of 2/14/03 which incorrectly refers to Doc #29 instead of original motion #16; reinstating motion to vacate [29-1], reinstating motion to set aside sentence [29-2], and reinstating motion for order to correct sentence [29-3]; and Per Order #30 of 2/14/03 finding the motion to set aside sentence (Civil Case # C-3-02-315 assigned; Referred to MRM) [16-1] moot. (sc) (Entered: 03/03/2003) |
| 03/03/2003 | 31 | ORDER REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE by Mag. Judge Michael Merz; The Court concludes that the attorney-client privilege does not prevent Mr Roach from disclosing his client communications in this case to Dft's present counsel or counsel for the US (cc: all counsel) (sc) (Entered: 03/03/2003) |
| 03/05/2003 | 32 | ANSWER by plaintiff USA to Petitioner's amended motion to vacate [29-1], to set aside [29-2], or to correct [29-3] ( no pgs: 18) (sc) (Entered: 03/06/2003) |
| 03/19/2003 | 33 | NOTICE OF EVIDENTIARY HEARING in-court hearing set for 5/15/03 at 9:00 in Courtroom #3 as to Rajeev Surya Murthy (cc: all counsel, US Attorney, US Probation, US Marshal, Pre-trial Services) (rp) (Entered: 03/19/2003) |
| 03/25/2003 | 34 | ORDER by Mag. Judge Michael Merz, to appear as Court's Witness as to Rajeev Surya Murthy's counsel B Randall Roach (cc: all counsel) (rp) (Entered: 03/26/2003) |
| 05/12/2003 | 35 | MOTION for order for contact visit with Deft's wife, three sons, and father by Rajeev Surya Murthy (rp) (Entered: 05/12/2003) |
| 05/13/2003 | | NOTATION ORDER by Judge Walter H. Rice denying as MOOT motion for order for contact visit with Deft's wife, three sons, and father [35-1] as Montgomery County Sheriff will not permit contact visiits (cc: all counsel) (rp) (Entered: 05/15/2003) |

| | | |
|---|---|---|
| 05/15/2003 | 36 | MINUTES: Evidentiary Hearing held 5/15/03 before Mag. Judge Michael Merz; Testimony taken; Gov't offers exhibits #1,2,3, & 4 into evidence; Petitioner offers exhibits A,B, & C into evidence; Transcript ordered; Petitioner's Brief due 30 days following filing of transcript and Govt's Brief due 3 weeks thereafter; Writ of Habeas Corpus Ad Testificandum is dissolved and Petitioner is returned to the custody of the BOP; Court notes and exhibits attached; Ct Rptr Shandy Ehde (rp) (Entered: 05/16/2003) |
| 05/15/2003 | 37 | SCHEDULING ORDER by Mag. Judge Michael Merz for order that the Court Reporter transcribe hearing held 5/15/03; Petitioner's Brief due on the 30th day after transcript filed; Govt's Brief due 21 days after Petitioner's filed (cc: all counsel) ( no pgs: 1) (rp) (Entered: 05/16/2003) |
| 05/28/2003 | 38 | NOTICE OF USM RETURN OF DEFENDANT TO THE FCI, Ashland, KY on 5/21/03 (rp) (Entered: 05/28/2003) |
| 06/16/2003 | 39 | Court Reporter's TRANSCRIPT of proceedings filed for the following date(s): 5/15/03 (Re: Evidentiary Hearing re: Motion to Vacate Judgment) (rp) (Entered: 06/16/2003) |
| 07/03/2003 | 40 | MOTION to extend time to 8/11/03 to file his Post- Evidentiary Hearing Brief by Rajeev Surya Murthy (rp) Modified on 07/03/2003 (Entered: 07/03/2003) |
| 07/07/2003 | 41 | ENTRY by Mag. Judge Michael Merz extending time to 8/11/03 for Defendant to file his brief on the merits as to Rajeev Surya Murthy (cc: all counsel) (rp) (Entered: 07/07/2003) |
| 07/07/2003 | 🔒 | (Court only) Docket Modification (Utility Event) granting motion to extend time to 8/11/03 to file his Post- Evidentiary Hearing Brief [40-1] (rp) (Entered: 07/07/2003) |
| 07/10/2003 | | NOTATION ORDER by Judge Walter H. Rice granting motion to extend time to 8/11/03 to file his Post- Evidentiary Hearing Brief [40-1] (cc: all counsel) (sc) (Entered: 07/10/2003) |
| 08/11/2003 | 42 | EVIDENTIARY BRIEF by defendant Rajeev Surya Murthy in Support of Motion to Vacate Set Aside or Correct Sentence [29-1][29-2][29-3] (rp) Modified on 08/11/2003 (Entered: 08/11/2003) |
| 09/02/2003 | 🔒 43 | MOTION for Extension of Time to File *Evidentiary Hearing Brief* by USA as to Rajeev Surya Murthy. (Quinn, Margaret) (Entered: 09/02/2003) |
| 09/07/2003 | | Notation ORDER as to Rajeev Surya Murthy re 43 MOTION for Extension of Time to File *Evidentiary Hearing Brief* filed by USA granted to and including September 10, 2003.by Judge Michael R. Merz on 09/07/2003. (Merz, Michael) (Entered: 09/07/2003) |
| 09/10/2003 | 🔒 44 | RESPONSE in Opposition by USA as to Rajeev Surya Murthy re 27 Motion to Amend/Correct *(Response to Petitioner's Evidentiary Hearing Brief)* (Quinn, Margaret) (Entered: 09/10/2003) |

CM/ECF LIVE - U.S. District Court:OHSD					https://ecf.ohsd.uscourts.gov/cgi-bin/DktRpt.pl?172547484126658-L_1_0-1

4:14-cv-05173-RGK-PRSE   Doc # 6   Filed: 08/25/14   Page 12 of 14   Page ID #:31
Case: 3:01-cr-00006-WHR Doc #: 62-3 Filed: 08/14/14 Page: 8 of 10  PAGEID #: 112

| | | | |
|---|---|---|---|
| 10/08/2003 | | | Notation ORDER granting 43 Motion for Extension of Time to File as to Rajeev Surya Murthy (1)and granting oral motion of Defendant to extend time to file reply brief to and including 11/1/2003.. by Judge Michael R Merz on 10/8/2003. (Merz, Michael) (Entered: 10/08/2003) |
| 10/27/2003 | 🔒 | 45 | REPLY TO RESPONSE to Motion by Rajeev Surya Murthy re 29 Motion to VacateMotion to Set Aside SentenceMotion for Miscellaneous Relief *Answer to United States' Response to Petitioner's Evidentiary Hearing Brief* (Popp, Vincent) (Entered: 10/27/2003) |
| 11/03/2003 | 🔒 | 46 | MOTION Motion to Permit Interim and Excess Billing by Rajeev Surya Murthy. (Popp, Vincent) (Entered: 11/03/2003) |
| 11/12/2003 | 🔒 | 47 | REPORT AND RECOMMENDATIONS that the Motion to Vacate should be denied as to Rajeev Surya Murthy Objections to R&R due by 11/25/2003. Signed by Judge Michael R Merz on 11/11/03. (gh1, ) Modified on 11/12/2003 (Copy served on Petitioner at FCI Ashland(gh1, ). Modified on 11/12/2003 (gh1, ) Correcting and canceling the service of R&R upon the petitioner as he is represented by counsel. (Entered: 11/12/2003) |
| 11/12/2003 | 🔒 | 48 | ORDER GRANTING IN PART AND MOOTING IN PARTgranting 46 Motion Interim Billing as to Rajeev Surya Murthy (1)and finding moot the Motion for Excess Billing. Signed by Judge Michael R Merz on 11/11/03. (gh1, ) (Entered: 11/12/2003) |
| 11/26/2003 | 🔒 | 49 | OBJECTION TO REPORT AND RECOMMENDATIONS 47 by Rajeev Surya Murthy *OF THE MAGISTRATE JUDGE* (Popp, Vincent) (Entered: 11/26/2003) |
| 07/15/2004 | 🔒 | 50 | ORDER CONCERNING EXCESS AND INTERIM PAYMENTS as to Rajeev Surya Murthy . Signed by Judge Walter H Rice on 5/19/04. (rp1, ) (Entered: 07/16/2004) |
| 07/19/2004 | 🔒 | 51 | DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS 47 OF U.S. MAGISTRATE JUDGE IN THEIR ENTIRETY; DEFENDANT Rajeev Surya Murthy's OBJECTIONS TO SAID JUDICIAL FILING 49 OVERRULED; JUDGMENT OT BE ENTERED IN FAVOR OF GOVERNMENT AND AGAINST DEFENDANT; TERMINATION ENTRY . Signed by Judge Walter H Rice on 7/19/2004. (sc, ) (Entered: 07/19/2004) |
| 07/19/2004 | 🔒 | 52 | JUDGMENT - that Defendant Rajeev Murthy take nothing and Judgment be and hereby is entered in favor of Government and against Defendant denying the Defendant's motion to vacate filed pursuant to 28 USC 2255. Notice of Disposal attached . Signed on 7/19/2004. (sc, ) (Entered: 07/19/2004) |
| 08/18/2004 | 🔒 | 53 | Pro Se MOTION to Reduce Special Assessment Payments by Rajeev Surya Murthy. (rp, ) (Entered: 08/20/2004) |
| 09/02/2004 | 🔒 | 54 | MOTION For Final Payment by Rajeev Surya Murthy. (Attachments: # 1 Final CJA Voucher)(Popp, Vincent) (Entered: 09/02/2004) |

| | | | |
|---|---|---|---|
| 09/13/2004 | | | ORDER as to Rajeev Surya Murthy: Plaintiff shall have until the c.o.b. on 9/22/04 to respond to Doc. # 53 MOTION to Reduce Special Assessment Payments filed by Rajeev Surya Murthy . Signed by Judge Walter H Rice on 9/13/04. (kse1, ) (Entered: 09/13/2004) |
| 09/14/2004 | | | NOTATION ORDER sustaining 54 Motion for Final Payment as to Rajeev Surya Murthy (1). Signed by Judge Walter H Rice on 9/9/04. (kse1, ) (Entered: 09/14/2004) |
| 09/22/2004 | 🔒 | 55 | RESPONSE in Opposition by USA as to Rajeev Surya Murthy re 53 MOTION to Reduce Special Assessment Payments (Attachments: # 1 Declaration) (Sanders, Deborah) (Entered: 09/22/2004) |
| 10/12/2004 | 🔒 | 56 | Pro Se MOTION to Reduce Sentence in Light of Blakely v. Washington by Rajeev Surya Murthy. (rp1, ) (Entered: 10/13/2004) |
| 10/12/2004 | 🔒 | 57 | Pro Se MOTION to Change Counsel of Record by Rajeev Surya Murthy. (rp1, ) (Entered: 10/13/2004) |
| 10/14/2004 | | | Notation ORDER granting 57 Motion as to Rajeev Surya Murthy (1)removing Vincent Popp as counsel and noting that Defendant is proceeding pro se by Judge Michael R Merz on 10/14/2004. (Merz, Michael) (Entered: 10/14/2004) |
| 10/14/2004 | | | Attorney update in case as to Rajeev Surya Murthy. Attorney Vincent Paul Popp terminated. (gh1, ) (Entered: 10/14/2004) |
| 10/14/2004 | 🔒 | 58 | ORDER TRANSFERRING SUCCESSIVE 2255 MOTION as to Rajeev Surya Murthy. The Clerk is directed to transfer the new Motion to Reduce to the United States Court of Appeals for the Sixth Circuit. . Signed by Judge Michael R Merz on 10/14/04. (gh1, ) (Entered: 10/14/2004) |
| 10/14/2004 | 🔒 | 59 | NOTICE OF TRANSMITTAL as to Rajeev Surya Murthy per 58 ORDER TRANSFERRING SUCCESSIVE 2255 MOTION to the Sixth Circuit COA (rp1, ) (Entered: 10/14/2004) |
| 11/24/2004 | | 60 | DECISION AND ENTRY OVERRULING DEFENDANT'S PRO SE MOTION TO REDUCE SPECIAL ASSESSMENT PAYMENTS (DOC. #53); MODIFICATION OF PAYMENT SCHEDULE SET FORTH as to Rajeev Surya Murthy (1). Signed by Judge Walter H Rice on 11/24/04. (mkb, ) (Entered: 11/24/2004) |
| 11/24/2004 | 🔒 | | (Court only) ***Motions terminated as to Rajeev Surya Murthy: 53 MOTION to Reduce Special Assessment Payments filed by Rajeev Surya Murthy. Decision and Entry filed 11-24-04 overruling filed by Judge Rice. (mkb, ) (Entered: 12/16/2004) |
| 10/02/2006 | 🔒 | | (Court only) Files Located in Chicago: Accession No. 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; Location No. 864320-864332; Box 11 of 13 (ep1, ) (Entered: 10/02/2006) |
| 11/18/2006 | 🔒 | | (Court only) ***Motions terminated as to Rajeev Surya Murthy: 56 MOTION to Reduce Sentence filed by Rajeev Surya Murthy - MOOT - successive petition denied by COA on 09/21/05 - COA case number 05-3212. (mkb1, ) (Entered: |

| | | |
|---|---|---|
| • | | 11/18/2006) |
| 08/13/2010 | <u>61</u> | ORDER (Request for Modifying the Conditions or Term of Supervision with Consent of the Offender) with Notation Order Modifying the Conditions as Noted as to Rajeev Surya Murthy. Signed by Judge Walter H Rice on 8/13/10. (cib1) (Entered: 08/13/2010) |
| 08/18/2010 | | Judge update in case as to Rajeev Surya Murthy. Magistrate Judge Michael R Merz no longer assigned to case. (kpf1) (Entered: 08/18/2010) |
| 04/09/2012 | 🔒 | (Court only) Terminate Deadlines and Hearings as to Rajeev Surya Murthy (mdf1) (Entered: 04/09/2012) |
| 09/17/2013 | 🔒 | (Court only) ***Staff Notes as to Rajeev Surya Murthy: Dayton receipt # 300DAY011909 in the amount of $50.00 (jg1) (Entered: 09/17/2013) |
| 10/21/2013 | 🔒 | (Court only) ***Staff Notes as to Rajeev Surya Murthy: Dayton receipt # 300DAY012115 in the amount of $50.00 (gh1) (Entered: 10/21/2013) |
| 11/12/2013 | 🔒 | (Court only) ***Staff Notes as to Rajeev Surya Murthy:Dayton receipt 300DAY012250 in the amount of $50.00 (gh1) (Entered: 11/12/2013) |
| 12/16/2013 | 🔒 | (Court only) ***Staff Notes as to Rajeev Surya Murthy: Dayton receipt # 300DAY012497 in the amount of $50.00 (gh1) (Entered: 12/16/2013) |
| 01/14/2014 | 🔒 | (Court only) ***Staff Notes as to Rajeev Surya Murthy: Dayton receipt 300DAY012658 in the amount of $50.00 (gh1) (Entered: 01/14/2014) |
| 02/18/2014 | 🔒 | (Court only) ***Staff Notes as to Rajeev Surya Murthy: Dayton receipt 300DAY012854 in the amount of $50.00 (gh1) (Entered: 02/18/2014) |